**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District Of New York
                              (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Pierson Lakes Homeowners Association, Inc. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

3. **Debtor's federal Employer Identification Number (EIN)**    1 3 – 3 5 3 0 9 0 1

4. **Debtor's address**

**Principal place of business**

2 Sterlington Road
Number      Street

_____

Sterlington          NY        10974
City                 State     ZIP Code

ROCKLAND
County

**Mailing address, if different from principal place of business**

See Attachment 1
Number      Street

_____
P.O. Box

Wayne               NJ        07470
City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City                State     ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number *(if known)* _____ |
|--------|---------------------------------------------|--------------------------------------------------|
|        | Name |  |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>8</u>   <u>1</u>   <u>3</u>   <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY

         District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                          MM / DD / YYYY

         Case number, if known _____

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other Care of commonly owned property _____

**Where is the property?** 2 Sterlington Road _____

Number        Street

_____

Sterlington _____ NY _____ 10974 _____

City                                         State        ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency The Signature B&B Companies _____

Contact name Louise Kelly _____

Phone (914) 909-7138 _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000 ☒ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

---

### ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/27/2018
MM / DD / YYYY

✖ /s/ Sean Rice                            Sean Rice
Signature of authorized representative of debtor        Printed name

Title President

**18. Signature of attorney**

✖ Gary M. Kushner                          Date 03/27/2018
Signature of attorney for debtor                MM / DD / YYYY

Gary M. Kushner
Printed name

Goetz Fitzpatrick LLP
Firm name

One Penn Plaza, 31st Floor
Number        Street

New York                                   NY        10119
City                                       State     ZIP Code

(212) 695-8100                             gkushner@goetzfitz.com
Contact phone                              Email address

_____                 _____
Bar number                                 State

---

Attachment
Debtor: Pierson Lakes Homeowners Association, Inc.      Case No:

**Attachment 1**

**c/o Wilkin Management, 1655 Valley Road, Suite 300**

**Fill in this information to identify the case:**

Debtor name  Pierson Lakes Homeowners Association, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Mutual of Omaha | Checking | 8  5  1  7 | $ 53,563.69 |
| 3.2. | See Attachment 1 | | | $ |

   See Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1** — $ 604,718.06

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor  Pierson Lakes Homeowners Association, Inc.          Case number (if known)_____
_____Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid insurance _____  $ 2,441.46 _____

8.2. _____  $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                      $ 2,441.46 _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    $11,711.17 _____  −  $0.00 _____  = ........➔   $ 11,711.17 _____
face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:       $61,061.83 _____  −  $0.00 _____  = ........➔   $ 61,061.83 _____
face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 72,773.00 _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                              $ _____

---

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Pierson Lakes Homeowners Association, Inc    Case number *(if known)*_____
            Name

33. **Total of Part 6.**                                                                                          $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | estimate | $7,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                                          $7,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor Pierson Lakes Homeowners Association, Inc.
Name

Case number *(if known)*_____

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2007 Jeep Liberty Sport | $_____ | Kelly Blue Book | $7,995.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | Estimate | $0.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $7,995.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor    Pierson Lakes Homeowners Association, Inc.
Name

Case number *(if known)*_____

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Vacant Land, Sterlington, New York | See Attachment | $ | estimate | $ 17,223.00 |
| 55.2 See Attachment 4 | See Attachment | $ | estimate | $ 235,500.00 |
| 55.3 See Attachment 5 | See Attachment | $ | | $ 111,000.00 |
| 55.4 See Attachment 6 | See Attachment | $ | estimate | $ 436,200.00 |
| 55.5 Water supply located in Sterlington, NY | See Attachment | $ | estimate | $ 63,492.00 |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$863,415.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Pierson Lakes Homeowners Association, Inc.    Case number *(if known)*_____
    Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential claim against Chris Harrison    $_____

Nature of claim    _____

Amount requested    $ Unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Various Tax Certiorari claims against the Town of Ramapo    $_____

Nature of claim    _____

Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attachment 8    $ Unknown

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

❑ Yes

Debtor   Pierson Lakes Homeowners Association, Inc.
         Name

Case number (if known)_____

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $604,718.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,441.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,773.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,995.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $863,415.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $694,927.52 | + 91b. $863,415.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $1,558,342.52

---

Attachment 1/2
Debtor: Pierson Lakes Homeowners Association, Inc.        Case No:

Attachment 1

Mutual of Omaha

checking

0370

151,145.02

TD Bank

checking

7812

255,102.20

Banco Popular

Checking

6548

2,187.34

Banco Popular

Checking

6530

52,204.21

Banco Popular

Checking

6522

90,515.60

Attachment 2: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

Institution: TD Bank
Account Type: checking
Last 4 Digits of Account Number: 7812
Value: $255,102.20

Institution: Banco Popular
Account Type: Checking
Last 4 Digits of Account Number: 6548
Value: $2,187.34

Institution: Banco Popular

Attachment 2/2
Debtor: Pierson Lakes Homeowners Association, Inc.      Case No:

Account Type: Checking
Last 4 Digits of Account Number: 6530
Value: $52,204.21

Institution: Banco Popular
Account Type: Checking
Last 4 Digits of Account Number: 6522
Value: $90,515.60

Attachment 3

Fee Simple Ownership

Attachment 4

Gatehouse located at 2 Sterling Ave., Sterlington, NY

Fee Simple Ownership

Attachment 5

Guardhouse located at 2 Sterling Ave., Sterlington, NY

Fee Simple Ownership

Attachment 6

Boathouse located at 2 Sterling Ave., Sterlington, NY

Fee Simple Ownership

Attachment 7

Fee Simple Ownership

Attachment 8

Right to collect annual maintenance fees and assessments from homeowners

**Fill in this information to identify the case:**

Debtor name __Pierson Lakes Homeowners Association, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Maintenance for Cranberry Pond | Limnology Information and Freshwater Ecology |
| | | 19 Sandy Pines Blvd. |
| State the term remaining | through 2018 | |
| List the contract number of any government contract | | Hopewell Jct.          NY          12533 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Alarm system monitoring for boathouse and gatehouse | Electrolock Inc. |
| | | 87 Lafayette Avenue |
| State the term remaining | through December 2026 | |
| List the contract number of any government contract | | Suffern          NY          10901 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Snow removal | Landscape Creative Designers, Inc. d/b/a Sorice Landscaping |
| | | 4 Washington Avenue |
| State the term remaining | through April 30, 2018 | |
| List the contract number of any government contract | | Sloatsburg          NY          10974 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Waste removal | Sterling Carting |
| | | 99 Sterling Mine Rd. |
| State the term remaining | through December 31, 2019 | |
| List the contract number of any government contract | | Sloatsburg          NY          10974 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | Security services | C.J. Security Services Inc. |
| | | 143 Main Street |
| State the term remaining | month-to-month | |
| List the contract number of any government contract | | Nanuet          New York          10954 |

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest — Property management services

State the term remaining — December 31, 2018

List the contract number of any government contract

Wilkin Management Group, Inc.
1655 Valley Road, Suite 300
Wayne                    NJ          07470

**2.7**

State what the contract or lease is for and the nature of the debtor's interest — Landscaping services

State the term remaining — through November 15, 2018

List the contract number of any government contract

Landscape Creative Designers, Inc. d/b/a Sorice Landscaping
4 Washington Avenue
Sloatsburg              NY          10974

**2.8**

State what the contract or lease is for and the nature of the debtor's interest — Engineering services

State the term remaining — month-to-month

List the contract number of any government contract

Delaware Engineering, D.P.C.
28 Madison Avenue Extension
Albany                  NY          12203

**2.9**

State what the contract or lease is for and the nature of the debtor's interest — Electric and Gas Utility

State the term remaining — month-to-month

List the contract number of any government contract

Orange & Rockland Electric
PO Box 1005
Spring Valley           New York    10977

**2.10**

State what the contract or lease is for and the nature of the debtor's interest — Internet and TV services

State the term remaining — month-to-month

List the contract number of any government contract

Optimum
PO Box 371378
Pittsburgh              PA          15250

**2.11**

State what the contract or lease is for and the nature of the debtor's interest — Cleaning Services

State the term remaining

List the contract number of any government contract

Elite Cleaning Service
110 Chestnut Ridge Road #345
Montvale                NJ          07645

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Pierson Lakes Homeowners Association, Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
    schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name __**Pierson Lakes Homeowners Association, Inc.**__ |
| United States Bankruptcy Court for the: __**Southern District of New York**__ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................

   $ **863,415.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................

   $ **694,927.52**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................

   $ **1,558,342.52**

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*...........................

   $ **438,658.19**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

   $ _____

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................

   **+** $ **3,054,351.53**

4. **Total liabilities**...........................................................................................
   Lines 2 + 3a + 3b

   $ **3,493,009.72**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Pierson Lakes Homeowners Association, Inc. |
| United States Bankruptcy Court for the: | Southern District Of New York |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pierson Project, L.L.C., et al. c/o Cuddy & Feder LLP 445 Hamilton Ave., 14th Floor White Plains, NY10601 | | arbitration award | Disputed | | | $2,148,514.67 |
| 2 | EONS Properties, LLC c/o Ogen & Sedaghati, P.C. 202 East 35th Street New York, NY10016 | | Litigation counterclaim | Disputed | | | $900,000.00 |
| 3 | CJ Security Services 143 Main Street Nanuet, NY10954 | | Services provided | | | | $1,839.13 |
| 4 | Goldenberg & Selker LLP 399 Knollwood Road White Plains, NY10603 | | Services provided | | | | $1,812.92 |
| 5 | Mirra & Associates, LLC 1000 Courtyard Drive Hillsborough, NJ08844 | | Services provided | | | | $1,000.00 |
| 6 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $562.18 |
| 7 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $464.04 |
| 8 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $79.30 |

Debtor   Pierson Lakes Homeowners Association, Inc.          Case number *(if known)*_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $42.39 |
| 10 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $34.84 |
| 11 | Orange & Rockland Electric PO Box 1005 Spring Valley, NY10977 | | Services provided | | | | $2.06 |
| 12 | Banco Popular PO Box 4601 Oak Park, IL60303-4601 | | Nonpossessory, See Attachment 1 | | 232,430.42 | 232,430.42 | $0.00 |
| 13 | Banco Popular PO Box 4601 Oak Park, IL60303 | | Nonpossessory, See Attachment 2 | | 206,227.77 | 206,227.77 | $0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Attachment
Debtor: Pierson Lakes Homeowners Association, Inc.        Case No:

Addendum 1

    c.   Nonpurchase-Money Security Interest

Addendum 2

    c.   Nonpurchase-Money Security Interest

**Fill in this information to identify the case:**

Debtor name: Pierson Lakes Homeowners Association, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2018 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 105,912.00 |
| **For prior year:** | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY   MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 377,080.00 |
| **For the year before that:** | From 01/01/2016 to 12/31/2017<br>MM / DD / YYYY   MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 223,560.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |

Debtor    Pierson Lakes Homeowners Association, Inc.
_____    Case number (if known) _____
         Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Sorice Landscaping<br>Creditor's name<br>4 Washington Avenue<br>Street<br><br>Sloatsburg        NY        10974<br>City            State        ZIP Code | 01/09/18<br><br>02/16/18<br><br>03/15/18 | $ 21,674.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.2. | Goldenberg & Selker LLP<br>Creditor's name<br>399 Knollwood Road<br>Street<br>Suite 112<br>White Plains        NY        10603<br>City            State        ZIP Code | 01/05/18<br><br>01/26/18 | $ 9,880.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____<br>See Attachment 1 |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City            State        ZIP Code | _____<br><br>_____<br><br>_____ | $ _____ | _____<br><br>_____<br><br>_____ |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City            State        ZIP Code | _____<br><br>_____<br><br>_____ | $ _____ | _____<br><br>_____<br><br>_____ |
| | **Relationship to debtor**<br>_____ | | | |

Debtor    Pierson Lakes Homeowners Association, Inc.          Case number *(if known)*_____
           Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name _____ | _____ | _____ | $_____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City          State    ZIP Code | | | |
| 5.1. | | | | |
| | Creditor's name _____ | _____ | _____ | $_____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State    ZIP Code | | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 2 | collection of unpaid assessment | Rockland County Supreme Court <br> Name <br> Street <br> City     State     ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 35039-17 | | | |
| 7.2. | **Case title** <br> See Attachment 3 | Confirm arbitration award | **Court or agency's name and address** <br> Rockland County Supreme Court <br> Name <br> Street <br> City     State     ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 32944/2017 | | | See Attachment 4 |

Debtor    Pierson Lakes Homeowners Association, Inc.    Case number (if known)_____
         Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City          State       ZIP Code | **Case number** | Street |
| | _____ | |
| | | City       State       ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City          State       ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State       ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goetz Fitzpatrick LLP | | 03/26/2018 | $ 61,717.00 |
| | **Address** | | | |
| | One Penn Plaza, 31st Floor | | | |
| | Street | | | |
| | New York          NY       10119 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | gkushner@goetzfitz.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |

Debtor     Pierson Lakes Homeowners Association, Inc.                              Case number *(if known)*_____
             Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:     Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City                State     ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City                State     ZIP Code | | |

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 8:    Healthcare Bankruptcies**

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____
Street

_____
City          State        ZIP Code

_____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____
Street

_____
City          State        ZIP Code

_____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No
☐ Yes

---

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Pierson Lakes Homeowners Association, Inc.                              Case number (if known)_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name

Street

City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____ |
| 25.2. | Name

Street

City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____ |
| 25.3. | Name

Street

City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____ |

Debtor ___ Pierson Lakes Homeowners Association, Inc. ___        Case number *(if known)*_____
      Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Mirra & Associates LLC<br>     Name<br>     1000 Courtyard Drive<br>     Street<br><br>     Hillsborough      NJ      08844<br>     City      State      ZIP Code | From 06/01/2017 To 03/27/2017 |

| Name and address | Dates of service |
|---|---|
| 26a.2.  <br>     Name<br><br>     Street<br><br>     City      State      ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Mirra & Associates LLC<br>     Name<br>     1000 Courtyard Drive<br>     Street<br><br>     Hillsborough      NJ      08844<br>     City      State      ZIP Code | From 06/01/2017 To 03/27/2018 |

| Name and address | Dates of service |
|---|---|
| 26b.2.  <br>     Name<br><br>     Street<br><br>     City      State      ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Wilkin Management Group<br>     Name<br>     1655 Valley Road<br>     Street<br>     Suite 300<br>     Wayne      NJ      07470<br>     City      State      ZIP Code | _____<br>_____<br>_____ |

| Debtor | Pierson Lakes Homeowners Association, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2.** Mirra & Associates LLC <br> Name <br> 1000 Courtyard Drive <br> Street | |
| Hillsborough        NJ        08844 <br> City                State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.2.** Popular Community Bank <br> Name <br> PO Box 4601 <br> Street |
| Oak Park        IL        60303 <br> City            State    ZIP Code |

| Name and address |
|---|
| **26d.2.** <br> Name <br> Street <br> City        State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** <br> Name <br> Street <br> City        State        ZIP Code |

Debtor    Pierson Lakes Homeowners Association, Inc.    Case number (if known)_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

_____
Street

_____
City                                      State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sean Rice | 8 Old Cranberry Road, Sterlington, NY 10974 | _____ | _____ |
| Janet Martin | 2 North Face, Sterlington, NY 10974 | _____ | _____ |
| Dennis Grande | 4 Old Cranberry Road, Sterlington, NY 10974 | _____ | _____ |
| Jerry Bergson | 6 White Pine Road, Sterlington, NY 10974 | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Lucille Amata | 6 Old Cranberry Road, Sterlington, NY 10974 | _____ | From _____ To See 5 |
| Tony Rella | 6 Springhouse Road, Sterlington, NY 10974 | _____ | From _____ To See 6 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State    ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Pierson Lakes Homeowners Association, Inc.                                    Case number *(if known)*_____
_____
Name

| Name and address of recipient | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| Name | | | _____ |
| _____ | | | |
| Street | | | _____ |
| _____ | | | |
| _____ | | | |
| City                State        ZIP Code | | | _____ |
| Relationship to debtor | | | _____ |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/27/2018
MM  / DD  / YYYY

✖  /s/Sean Rice                                    Printed name    Sean Rice
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

Attachment 1/2
Debtor: Pierson Lakes Homeowners Association, Inc.          Case No:

Attachment 1 Additional Payments or Transfers to Creditors:

Creditor's Name: CJ Security Service, Inc.
Creditor's Address:  143 Main Street, Nanuet, NY 10954
Date of Payments or Transfers: January 5, 2018; January 9, 2018; January 16, 2018;
January 22, 2018; January 26, 2018; February 2, 2018; February 9, 2018; February 16,
2018; February 23, 2018; March 9, 2018; March 13, 2018; March 20, 2018
Total Amount or Value: $20,463.32
Reasons for Payment or Transfer: Services

Creditor's Name: Spindler Bulk Transport, Inc.
Creditor's Address:  PO Box 211, 2 Locust Street, Washingtonville, NY 10992
Date of Payments or Transfers: January 5, 2018; January 16, 2018; January 22, 2018;
January 26, 2018; February 2, 2018; February 9, 2018; February 16, 2018; February 27,
2018; March 9, 2018; March 13, 2018
Total Amount or Value: $10,504.38
Reasons for Payment or Transfer: Services

Creditor's Name: Delaware Engineering, DPC
Creditor's Address:  28 Madison Avenue Extension, Albany, NY 12203
Date of Payments or Transfers: January 26, 2018; March 8, 2018; March 20, 2018
Total Amount or Value: $9,912.16
Reasons for Payment or Transfer: Services

Creditor's Name: Goetz Fitzpatrick LLP
Creditor's Address:  One Penn Plaza, 31st Floor, New York, NY 10119
Date of Payments or Transfers: January 23, 2018; January 23, 2018; January 23, 2018;
January 23, 2018; January 23, 2018; February 27, 2018; March 27, 2018
Total Amount or Value: $76,397.33
Reasons for Payment or Transfer: Services

Attachment 2
    Pierson Lakes Homeowners Association, Inc. v. EONS Properties, LLC, et al.

Attachment 3
    Pierson Project, L.L.C., et al. v. Pierson Lakes Homeowners Association, Inc.

Attachment 4
    Case Title: Various Tax Certiorari claims against the Town of Ramapo
    Nature of Case: Tax Certiorari
    Court or Agency's Name Rockland County Supreme Court
    Status of Case: Pending

Attachment 2/2
Debtor: Pierson Lakes Homeowners Association, Inc.      Case No:

Attachment 5
June 2017

Attachment 6
June 2017

**Fill in this information to identify the case and this filing:**

Debtor Name ___Pierson Lakes Homeowners Association, Inc.___

United States Bankruptcy Court for the: ___Southern District Of New York___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/27/2018          ✖  /s/Sean Rice
              MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                   Sean Rice
                                   Printed name

                                   President
                                   Position or relationship to debtor

B2800 (Form 2800) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re  Pierson Lakes Homeowners Association, Inc.          Case No.  ***Court case number TE***
                    Debtor

                                                          Chapter    11

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

Prior to the filing of this statement I have received............................................ $61,717.00

Balance Due...................................................................................................... $0.00

The source of compensation to be paid to me is:
                    Debtor

The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME   Gary M. Kushner

/s/Gary M. Kushner
         Signature

[1] If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.  (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Case No. |
| | : | |
| **Pierson Lakes Homeowners** | : | |
| **Association, Inc.** | : | (Chapter **11 )** |
| | : | |
| Debtor(s)**:** | : | |
| | **:** | |

## DECLARATION RE: ELECTRONIC FILING

### PART I --- DECLARATION OF PETITIONER[S]:

        I [We] **Pierson Lakes Homeowners Association, Inc.** the undersigned debtor(s), hereby
declare under penalty of perjury, that the information I [we] have given my [our] attorney and
the information provided in the electronically filed petition is true and correct. I [We] consent to
my [our] attorney sending my [our] petition, this declaration, and the accompanying statements
and schedules to the United States Bankruptcy Court, the trustee appointed in my [our] case and
the United States Trustee. I [We] understand that failure to file
the signed original of this Declaration Re: Electronic Filing within 15 days following the date
the petition was electronically filed will cause my [our] case to be dismissed pursuant to 11
U.S.C. § 707 (a)(3) without further notice.

Dated:  03/27/2018

        Signed:  /s/Sean Rice
        Signed: _____

### PART II ---- DECLARATION OF ATTORNEY:

        I declare under penalty of perjury that I have examined the above debtor's[s'] petition,
schedules and statements and, to the best of my knowledge and belief, they are true, correct, and
complete. The debtor[s] will have signed this form before I file the petition, schedules and
statements. I will give the debtor[s] a copy of all forms and information to be filed with the
Untied States Bankruptcy Court and I will send copies of this declaration, the petition, schedules
and statements to the trustee appointed in this case and to the United States Trustee. This
declaration is based upon all information of which I have knowledge.

Dated:  03/27/2018

            Signed:  /s/Gary M. Kushner
                Attorney for the Debtor[s]

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

                                           Case No. BKY

Pierson Lakes Homeowners Association, Inc.,

Debtor(s)                                    Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Sean Rice, declare under penalty of perjury that I am the President of Pierson Lakes Homeowners Association, Inc., a New York corporation and that on March 27, 2018 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Rice, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Sean Rice, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Sean Rice, President of this corporation, is authorized and directed to employ Gary M. Kushner, attorney and the law firm of Goetz Fitzpatrick LLP to represent the corporation in such bankruptcy case."

| Executed on:   03/27/2018 | Signed: ***E signature debtor TE*** |
| --- | --- |
| | Sean Rice   (*Name and Address of Subscriber*) |

# United States Bankruptcy Court

### Southern District of New York

In re  **Pierson Lakes Homeowners
Association, Inc.**

Case No.

Debtor.

Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now _____**See Attachment 1**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

__**X**__ There are no entities to report.

By:_ /s/Gary M. Kushner _____

**Gary M. Kushner**
Signature of Attorney

Counsel for
Bar no.:
Address.: **One Penn Plaza, 31st Floor
New York, New York 10119**

Telephone No.: **(212) 695-8100**
Fax No.: **(212) 629-4013**
E-mail address: **gkushner@goetzfitz.com**

# Attachment

Attachment 1

Pierson Lakes Homeowners Association, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:    Pierson Lakes Homeowners
      Association, Inc.,
              Debtor

                        Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **None** – not for profit | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I,  Sean Rice, President  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:  03/27/2018 

Signature:  /s/Sean Rice 
Printed Name:  Sean Rice
Title:  President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

Banco Popular
PO Box 4601
Oak Park, IL 60303-4601


Banco Popular
PO Box 4601
Oak Park, IL 60303


C.J. Security Services Inc.
143 Main Street
Nanuet, NY 10954


CJ Security Services
143 Main Street
Nanuet, NY 10954


Delaware Engineering, D.P.C.
28 Madison Avenue Extension
Albany, NY 12203


Electrolock Inc.
87 Lafayette Avenue
Suffern, NY 10901


Elite Cleaning Service
110 Chestnut Ridge Road #345
Montvale, NJ 07645


EONS Properties, LLC
c/o Ogen & Sedaghati, P.C.
202 East 35th Street
New York, NY 10016


Goldenberg & Selker LLP
399 Knollwood Road
White Plains, NY 10603

Landscape Creative Designers, Inc. d/b/a
4 Washington Avenue
Sloatsburg, NY 10974


Limnology Information and Freshwater Eco
19 Sandy Pines Blvd.
Hopewell Jct., NY 12533


Mirra & Associates, LLC
1000 Courtyard Drive
Hillsborough, NJ 08844


Optimum
PO Box 371378
Pittsburgh, PA 15250


Orange & Rockland Electric
PO Box 1005
Spring Valley, NY 10977


Pierson Project, L.L.C., et al.
c/o Cuddy & Feder LLP
445 Hamilton Ave., 14th Floor
White Plains, NY 10601


Sterling Carting
99 Sterling Mine Rd.
Sloatsburg, NY 10974


Wilkin Management Group, Inc.
1655 Valley Road, Suite 300
Wayne, NJ 07470

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

## <u>STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341</u>

INTRODUCTION

      Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -

      (1) the potential consequences of seeking a discharge in bankruptcy,
         including the effects on credit history;
      (2) the effect of receiving a discharge of debts in bankruptcy;
      (3) the effect of reaffirming a debt; and
      (4) your ability to file a petition under a different chapter of the Bankruptcy
         Code.

      There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

      The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

      The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

      After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.

      Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.

      Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.

      If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

Date  03/27/2018

/s/Sean Rice

**Pierson Lakes Homeowners Association, Inc.**


/s/Gary M. Kushner

**Gary M. Kushner, Esq.**

2

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:     **Pierson Lakes Homeowners Association, Inc.**

Case No. _____

_____
                    **Debtors**

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   03/27/2018 _____          Signed:   /s/Sean Rice _____

Dated:   _____          Signed:   _____

Signed:   Gary M. Kushner _____

**Gary M. Kushner**
Attorney for Debtor(s)
Bar no.:
**One Penn Plaza, 31st Floor**
**New York, New York 10119**

Telephone No.:  **(212) 695-8100**
Fax No.:  **(212) 629-4013**
E-mail address:  **gkushner@goetzfitz.com**