# Pierson Lakes Homeowners Association, Inc.

## Asset Accounts

From 02/01/2018 to 02/28/2018

| Debit | Credit | Balance | Date | Trx | Invoice | Ch. # | Description |
|---:|---:|---:|---|---|---|---|---|
| **Account : 1,009.00 - Mutual of Omaha Checking** | | | | | | | **27,531.36** |
| 27,987.25 | | 27,987.25 | 02/01/2018 | | | | Beginning Balance |
| | 2,676.01 | 25,311.24 | 02/01/2018 | 4204 | | | New loan payment principal and interest. |
| | 3,472.38 | 21,838.86 | 02/01/2018 | 4204 | | | cm loan payment |
| 1,527.00 | | 23,365.86 | 02/01/2018 | 4212 | | | Lockbox Deposit |
| 1,223.00 | | 24,588.86 | 02/02/2018 | 4214 | | | Deposit 1009.00 - Mutual of Omaha Checking |
| | 1,725.00 | 22,863.86 | 02/02/2018 | 4221 | 01312018 | 113 | Check - Wilkin Management Group Inv. 01312018 |
| | 1,250.00 | 21,613.86 | 02/02/2018 | 4222 | 01312018 | 114 | Check - Pierson Lakes Reserve Inv. 01312018 |
| | 75.00 | 21,538.86 | 02/02/2018 | 4223 | CHK REQ 1/31/18 (SEND LETTER) | 115 | Check - Town of Ramapo Inv. CHK REQ 1/31/18 (SEND LETTER) |
| 1,527.00 | | 23,065.86 | 02/02/2018 | 4226 | | | Lockbox Deposit |
| | 1,839.13 | 21,226.73 | 02/02/2018 | 4230 | | 100509 | Check LB C.J. Security Service Inc. |
| | 724.44 | 20,502.29 | 02/02/2018 | 4231 | | 100510 | Check LB Spindler Bulk Transport Inc. |
| 3,669.00 | | 24,171.29 | 02/06/2018 | 4240 | | | Lockbox Deposit |
| | 3,034.50 | 21,136.79 | 02/06/2018 | 4241 | | 100511 | Check LB Campbell Fire Protection Inc. |
| 2,446.00 | | 23,582.79 | 02/07/2018 | 4247 | | | Lockbox Deposit |
| 6,115.00 | | 29,697.79 | 02/08/2018 | 4255 | | | Lockbox Deposit |
| 2,978.00 | | 32,675.79 | 02/09/2018 | 4259 | | | Lockbox Deposit |
| | 1,839.13 | 30,836.66 | 02/09/2018 | 4263 | | 100512 | Check LB C.J. Security Service Inc. |
| | 724.44 | 30,112.22 | 02/09/2018 | 4264 | | 100513 | Check LB Spindler Bulk Transport Inc. |
| | 37.79 | 30,074.43 | 02/09/2018 | 4265 | | 100514 | Check LB Rockland Electric |
| | 924.00 | 29,150.43 | 02/09/2018 | 4266 | | 100515 | Check LB Sterling Carting Inc. |
| | 43.48 | 29,106.95 | 02/09/2018 | 4267 | | 100516 | Check LB Bank-A-Count Corporation |
| 1,450.00 | | 30,556.95 | 02/15/2018 | 4274 | | | Lockbox Deposit |
| | 257.94 | 30,299.01 | 02/16/2018 | 4275 | | 100517 | Check LB Elite Cleaning Solutions Inc. |
| | 71.53 | 30,227.48 | 02/16/2018 | 4276 | | 100518 | Check LB Electrolock Inc. |
| | 1,839.13 | 28,388.35 | 02/16/2018 | 4277 | | 100519 | Check LB C.J. Security Service Inc. |
| | 724.44 | 27,663.91 | 02/16/2018 | 4278 | | 100520 | Check LB Spindler Bulk Transport Inc. |
| | 116.90 | 27,547.01 | 02/16/2018 | 4279 | | 100521 | Check LB Wilkin Management Group |
| | 7,224.99 | 20,322.02 | 02/16/2018 | 4280 | | 100522 | Check LB Sorice Landscaping Inc. |
| | 151.79 | 20,170.23 | 02/16/2018 | 4281 | | 100523 | Check LB Optimum |
| 3,973.00 | | 24,143.23 | 02/21/2018 | 4285 | | | Lockbox Deposit |
| 1,450.00 | | 25,593.23 | 02/23/2018 | 4287 | | | Lockbox Deposit |
| | 183.41 | 25,409.82 | 02/23/2018 | 4291 | | 100524 | Check LB Goetz Fitzpatrick LLP |
| | 1,911.57 | 23,498.25 | 02/23/2018 | 4292 | | 100525 | Check LB C.J. Security Service Inc. |
| 4,123.00 | | 27,621.25 | 02/26/2018 | 4300 | | | Lockbox Deposit |
| 1,086.66 | | 28,707.91 | 02/27/2018 | 4301 | | | Transfer to pay Spindler Bulk Transport inv 135256 |
| 1,223.00 | | 29,930.91 | 02/27/2018 | 4305 | | | Lockbox Deposit |
| | 809.06 | 29,121.85 | 02/27/2018 | 4306 | | 100526 | Check LB Rockland Electric |
| | 1,086.66 | 28,035.19 | 02/27/2018 | 4307 | | 100527 | Check LB Spindler Bulk Transport Inc. |
| | 505.00 | 27,530.19 | 02/28/2018 | 4308 | | | Move ck 1016 to correct association |
| 1.17 | | 27,531.36 | 02/28/2018 | 4311 | | | Interest 1009.00 - Mutual of Omaha Checking |
| 60,779.08 | 33,247.72 | 27,531.36 | | | | | |
| | | | | | | | |
| 60,779.08 | 33,247.72 | 27,531.36 | **Grand Total** | | | | |